**John A. Bennett**, OSB #750407
E-mail:    john.bennett@bullivant.com
**Stuart D. Jones**, OSB #842568
E-mail:    stuart.jones@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for The Ohio Casualty Insurance
Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WINCHESTER BAY FISHERIES, LLC, an Oregon Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY dba LIBERTY MUTUAL INSURANCE,<br><br>Defendant. | Civil No.: _____<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to U.S.C. § 1332, 28 U.S.C. § 1441(b), and

28 U.S.C. § 1446, The Ohio Casualty Insurance Company filed this Notice of Removal on

the following grounds:

      1.      The Ohio Casualty Insurance Company is named in a civil action filed in the

Circuit Court for the State of Oregon for the County of Douglas (the "State Court Action"),

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL**
**Page 1**

entitled *Winchester Bay Fisheries, LLC v. Liberty Mutual Insurance*, Oregon Circuit Court

(Douglas County) Case No. 17CV50606.

2.      The State Court Action commenced when Plaintiff's Complaint was filed with

the Court Clerk of Douglas County, Oregon on or about November 21, 2017.

3.      Plaintiff delivered a Summons and a copy of the Complaint to the registered

agent for The Ohio Casualty Insurance Company on December 4, 2017.

4.      Plaintiff filed an Amended Complaint on December 22, 2017.

5.      As indicated in the December 22, 2017 Declaration of Robert Chasse marked

as Exhibit 1 and filed herewith, The Ohio Casualty Insurance Company is a corporation in

the Liberty Mutual group of insurance companies that is permitted to transact insurance

business in the State of Oregon.

6.      The removal of this case is timely, in that this Notice of Removal is being filed

within 30 days of the service of the Summons and Complaint.

7.      The following are true copies of all of the process, pleadings, and orders

received in this action to date:

| | |
|---|---|
| Summons | Exhibit 2 (page 1); |
| Complaint (without Exhibit 1) | Exhibit 2 (pages 2-8); and |
| Amended Complaint (with Exhibit 1) | Exhibit 3. |

8.      This is a civil action over which this Court has original jurisdiction pursuant to

28 U.S.C. § 1446 (b).

9.      Complete diversity exists.  This is a controversy between businesses that are

incorporated in different states with their respective principal places of business in different

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL
Page 2**

states.

10.     Plaintiff Winchester Bay Fisheries, LLC is an Oregon limited liability company with its principal place of business in the State of Oregon.

11.     The Ohio Casualty Insurance Company was incorporated in the State of New Hampshire, and its principal place of business is in Boston, Massachusetts.

12.     In the above-entitled civil action, Plaintiff Winchester Bay Fisheries, LLC alleges breach of an insurance contract, policy number BKO (17) 572205831, for amounts allegedly owed as property damage and business income losses.

13.     The insurance contract, BKO (17) 572205831, identified in and appended as Exhibit 1 to Plaintiff's Amended Complaint was issued by The Ohio Casualty Insurance Company.

14.     The amount in controversy in this matter exceeds $75,000, exclusive of interests and costs.

15.     In the first claim for relief of the Complaint, Plaintiff Winchester Bay Fisheries, LLC seeks an award of economic damages for breach of contract in the amount of $99,262.89, an unspecified amount of costs and disbursements, together with statutory interest at the rate of nine percent (9%) per annum.

16.     In a second claim for relief alleged in the alternative to the first claim for relief of the Complaint, Plaintiff Winchester Bay Fisheries, LLC seeks a judicial declaration that there is coverage for the alleged property damages, loss of business income and extended business loss expenses in an amount not less than $99,262.89.

17.     Subject to a reservation of all of its defenses, The Ohio Casualty Insurance

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL**
**Page 3**

Company is concurrently filing a Notice of Removal to the Federal Court with the Clerk of

Douglas County Circuit Court in accordance with 28 U.S.C. § 1446(d).

DATED:  January 3, 2018

BULLIVANT HOUSER BAILEY PC

By  */s/ Stuart D. Jones*
    **John A. Bennett**, OSB #750407
    **Stuart D. Jones**, OSB #842568
    Telephone: 503.228.6351
    Attorneys for The Ohio Casualty Insurance
    Company

4818-2157-9608.1 00171/00065

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL
Page 4**