IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WINCHESTER BAY FISHERIES, LLC,<br><br>      Plaintiff,<br><br>    V.<br><br>THE OHIO CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | 6:18-cv-00019-JR<br><br>JUDGMENT |

This action is dismissed with prejudice.

Dated this 13th day of May 2018.

                s/J. Klein, Deputy Clerk for

                Mary L. Moran, Clerk of Court